AO83

## Court Copy

MAY 16 2007

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 239477 |
|---|---|
| Trans | 145587 |

Received From: **ANTHONY CHATMAN**
Case Number:
Reference Number: **CV 03-682DAE**

|  |  |
|---|---|
| Check | 50.80 |
| Total | 50.80 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 50.80 |
|  |  | **Total** | **50.80** |
|  |  | Tend | 50.80 |
|  |  | Due | 0.00 |

05/16/2007 12:23:25 PM        Deputy Clerk: et/DT